## 42293. POPPELL v. THE STATE.

NICHOLS, Presiding Judge. The defendant was tried and convicted for possessing and transporting nontax-paid liquor. On May 11, 1966, the defendant was released from further custody upon payment of fines imposed by the court. *Held:* "This having become merely a moot case, by reason of the payment of the fine imposed upon the accused and his discharge from custody, the writ of error must be dismissed." *Blakey v. State*, 31 Ga. App. 157 (120 SE 16).

*Appeal dismissed. Hall and Deen, JJ., concur.*

SUBMITTED SEPTEMBER 12, 1966—DECIDED SEPTEMBER 20, 1966.

*Richard D. Phillips*, for appellant.
*W. N. Little, Solicitor*, for appellee.